## Case No. 14,021.

### TIBBETTS v. The ARCTURUS.

[Nowhere reported; opinion not now accessible.]